IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RAKESHKUMAR VASANTLAL PATEL,<br><br>　　　　　　Defendant. | 4:13CR3069<br><br>MEMORANDUM AND ORDER |

　　　　The defendant has filed a motion to dismiss, (Filing No. 30), and a motion to suppress, (Filing No. 31), but has failed to file supporting briefs for either of these motions. Both motions raise substantive legal issues.

　　　　Pursuant to Nebraska Criminal Rule 12.3(b)(1), the court may treat the defendant's "failure to simultaneously file a brief as an abandonment of the motion," and his failure to brief an issue raised in a motion as a waiver of that issue. NECrimR 12.3(b)(1).

　　　　Accordingly,

　　　　IT IS ORDERED that on or before July 8, 2013, the defendant shall either file a brief in support of his pending motions in accordance with this court's local rules, or show cause why his motions should not be summarily dismissed for comply with the rules of this court.

　　　　July 2, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge