IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>RAKESHKUMAR VASANTLAL PATEL,<br><br>                    Defendant. | **4:13CR3069**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that the trial of this case, currently set for July 30, 2013, is continued pending resolution of the defendant's pretrial motions.

Dated this 22nd day of July, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge