IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAKESHKUMAR VASANTLAL PATEL,<br><br>                Defendant. | **4:13CR3069**<br><br>**MEMORANDUM AND ORDER** |

The government has moved to dismiss this case, (Filing No. 46).

Accordingly,

IT IS ORDERED:

1) The defendant's motion to dismiss, (Filing No. 30), motion to suppress, (Filing No. 31), and motion to dismiss for improper venue, (Filing No. 43), are denied as moot.

2) The hearing on the defendant's motions, previously scheduled for 1:00 p.m. today, is cancelled.

August 28, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge