IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RAKESHKUMAR VASANTLAL PATEL, a/k/a RAKESH VASANT HIRANI,<br><br>　　　　　　Defendant. | 4:13-CR-3069<br><br>ORDER |

　　　This matter is before the Court on the plaintiff's Motion to Dismiss (filing 46). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice.

　　　IT IS ORDERED that the plaintiff's motion to dismiss (filing 46) is granted, and this case is dismissed without prejudice.

　　　Dated this 28th day of August, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge